UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BONITA INN MOTEL d/b/a VAJIYA HOSPITALITY, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § | Cause No. SA-15-CV-00714-OLG |
| | § | |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On this date the Court considered the Report and Recommendation (docket no. 13) of United States Magistrate Pamela A. Mathy, in which she recommends that Plaintiff's Motion to Remand (docket no. 8) be GRANTED.

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file written objections within fourteen days after being served with a copy of the report. 28 U.S.C. § 636(b)(1). The Court's records show the Report and Recommendation were electronically filed and received by the parties on October 22, 2015. No objections were filed. Accordingly, the Court reviews the Report and Recommendation to determine whether it is either clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After reviewing the Report and Recommendation and the papers on file in this case, the Court concludes it is an accurate statement of the facts and a correct analysis of the law in all regards. Accordingly, it is ORDERED that the United States Magistrate Judge's report and recommendation is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1). For the reasons set forth in the Magistrate Judge's Report, the Court hereby GRANTS Plaintiff's Motion to Remand (docket no. 8). The Clerk of the Court is ordered to REMAND this case to the 408th Judicial District Court of Bexar County, Texas, and close this case upon entry of this Order.

It is so ORDERED.

SIGNED this 9 day of November, 2015.

United States District Judge Orlando L. Garcia