## UNITED STATES DISTRICT COURT

Western District of Texas
655 East Cesar E. Chavez Blvd., Room G-65
San Antonio, Texas 78206

Jeannette J. Clack
Clerk of Court

November 12, 2015

DONNA KAY McKINNEY
BEXAR COUNTY DISTRICT CLERK
101 W. NUEVA, SUITE 217
SAN ANTONIO, TEXAS 78205

I, JEANNETTE J. CLACK, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the, 408TH **Judicial District,** Bexar County, Texas under **Case No. 2015-CI-11822** pursuant to an Order entered remanding, the case by the Honorable Judge Orlando L. Garcia. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-15-CV-00714-OLG**, Bonita Inn Motel d/b/a Vajiya Hospitality, Inc. v. Endurance American Specialty Insurance Company, et al.** IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 12TH day of November, 2015.

JEANNETTE J. CLACK, CLERK

BY: _____

Rosanne M. Garza, Deputy Clerk